MICHAEL P. HEALY, #4777-0
1188 Bishop Street, Suite 3304
Honolulu, HI 96813
Telephone: (808) 525-8584
Facsimile: (808) 376-8695
E-mail: honolululawyer@outlook.com

CHARLES H. BROWER, #1980-0
900 Fort Street, Suite 1210
Honolulu, HI 96813
Telephone: (808) 526-2688
Facsimile: (808) 526-0307
E-Mail: honolululaw808@gmail.com

Attorneys for Plaintiff
Marques Scanlan

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARQUES SCANLAN, ) | CIVIL NO. _____ |
| ) | |
| Plaintiff, ) | COMPLAINT; JURY |
| ) | DEMAND; SUMMONS |
| vs. ) | |
| ) | |
| VIACOM CBS, PARAMOUNT ) | |
| PICTURES CORPORATION, AND ) | |
| EYE PRODUCTIONS, INC., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

COMPLAINT

COMES NOW, Plaintiff MARQUES SCANLAN, by and through his attorneys, Charles H. Brower and Michael P. Healy, and for a cause of action against Defendants, alleges and avers as follows:

## NATURE OF CASE

1. Plaintiff MARQUES SCANLAN (hereinafter "SCANLAN") is and was at all times mentioned herein a resident of Honolulu, Hawaii and citizen of the State of Hawaii.

2. Defendant VIACOM CBS, (hereinafter "VIACOM") is and was at all times mentioned herein a Delaware Corporation.

3. Defendant PARAMOUNT PICTURES CORPORATION, (hereinafter "PARAMOUNT") is and was at all times mentioned a foreign profit corporation organized in the State of Delaware with a principal place of business in the State of Hawaii.

4. Defendant EYE PRODUCTIONS INC., (hereinafter "EYE PRODUCTIONS") is and was at all times mentioned a foreign profit corporation organized in the State of Delaware with a principal place of business in the State of Hawaii.

5. Plaintiff was hired by Defendants in June 2021, as a construction foreman for set building on the show NCIS Hawaii.

6. Plaintiff SCANLAN is a Pacific-Islander.

2

7. On December 4, 2023, Plaintiff was demoted from his position with lower pay and less hours due to race and in retaliation for opposing discriminatory harassment and based on his race. Plaintiff was then terminated in May 2024.

## JURISDICTION

8. The jurisdiction of this Court is pursuant to Title VII of the Civil Rights Act of 1964, as amended.

9. The administrative prerequisites for filing this cause of action have been fulfilled. A Dismissal and Notice of Rights was issued by the Equal Employment Opportunity Commission ("EEOC") on November 5, 2024, for case 37B-2024-00232.

## STATEMENT OF FACTS

10. Plaintiff was hired by Defendants in June 2021, as a construction foreman for set building on the show NCIS Hawaii.

11. Plaintiff SCANLAN is a Pacific-Islander.

12. On December 4, 2023, Plaintiff was demoted from his position with lower pay and less hours due to race and in retaliation for opposing discriminatory harassment based on his race. Plaintiff was then terminated in May 2024.

13. Plaintiff was wrongfully demoted from employment with Defendants because he is a Pacific-Islander, and in retaliation for opposing discriminatory harassment and based on his race.

14. Plaintiff SCANLAN at all times mentioned herein have performed his job satisfactorily prior to his demotion.

3

## STATEMENT OF CLAIMS

## COUNT I - RACE DISCRIMINATION

15. Plaintiff repeats and re-alleges all prior allegations as if fully set forth herein.

16. Title VII of the Civil Rights Act of 1964, as amended, prohibits discrimination due to race (Pacific-Islander) and based on retaliation for complaining of the discrimination.

17. The aforesaid acts and/or conduct of Defendant and its employees/agents constitutes discrimination as they were acts and/or failure to act by Defendant and its employees/agents in direct violation of Title of the Civil Rights Act of 1964, as amended.

18. Plaintiff has suffered, as a direct and proximate result of the aforesaid conduct, damages by way of loss of earnings and earning capacity, loss of fringe and pension benefits, and other benefits due him.

19. As a further direct and proximate result of said unlawful conduct, Plaintiff has suffered the indignity of harassment, the invasion of his right to be free from unlawful employment practices, and great humiliation, which is manifest in emotional distress.

20. As a further direct and proximate result of said unlawful employment practices, Plaintiff has suffered mental anguish, outrage, depression, severe anxiety about his future and his ability to support himself, harm to his employability and

earning capacity as well as loss of a career advancement opportunity, painful embarrassment among his friends and co-workers, disruption of his personal life, and loss of enjoyment of the ordinary pleasures of everyday life for which he is entitled to an award of general damages.

## COUNT II – RETALIATION

21. Plaintiff repeats and re-alleges all prior allegations as if fully set forth herein.

22. The actions of Defendant's agents and employees in demoting and terminating Plaintiff or otherwise discriminating against him because he opposed the discrimination alleged herein were in violation of law, for which Plaintiff is entitled to an award of damages to be proven at trial.

23. The actions of Defendant and its employees as described above are oppressive, outrageous, and otherwise characterized by aggravating circumstances sufficient to justify the imposition of punitive damages.

WHEREFORE, upon a hearing hereof Plaintiff SCANLAN prays that judgment be entered on all Counts:

A. For reinstatement to employment with Defendants with all benefits reinstated; and

B. For all damages to which Plaintiff SCANLAN is entitled, including general damages and other damages to be proven at trial; and

C. For special damages, including back pay, front pay and other expenses; and

D. For punitive damages; and

E. For attorney's fees, costs, and interest, including prejudgment interest; and

F. For such other and further relief as is appropriate.

DATED: Honolulu, Hawaii, February 3, 2025.

        /s Charles H. Brower
CHARLES H. BROWER
MICHAEL P. HEALY
Attorneys for Plaintiff
Marques Scanlan